E-filing

```
 1  FRANK N. DARRAS #128904, fdarras@sbde-law.com
 2  LISSA A. MARTINEZ #206994, lmartinez@sbde-law.com
    SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
 3  3257 East Guasti Road, Suite 300
    Ontario, CA 91761
 4  Telephone:  (909) 390-3770
 5  Facsimile:  (909) 974-2121

 6  Attorneys for Plaintiff
```

FILED

JUL 29 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN Y. PULLEY,<br><br>Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY;<br>CONSUMERS POWER COMPANY LTD<br>PLAN,<br><br>Defendants. | Case No.: **C08-03628 PJH**<br><br>PLAINTIFF'S NOTICE OF INTERESTED PARTIES |

The undersigned, counsel of record for plaintiff, certifies that the following listed parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. AETNA LIFE INSURANCE COMPANY; and,
2. CONSUMERS POWER COMPANY LTD PLAN.

Dated: July 25, 2008    SHERNOFF BIDART DARRAS ECHEVERRIA, LLP

_____
FRANK N. DARRAS
Attorneys for Plaintiff

- 1 -

ORIGINAL    INTERESTED PARTIES