1  RONALD K. ALBERTS (SBN 100017)
   TAD A. DEVLIN (SBN 190355)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone (415) 986-5900
4  Facsimile (415) 986-8054

5  Attorneys for Defendants
   AETNA LIFE INSURANCE COMPANY and
6  CONSUMERS POWER COMPANY LTD PLAN

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11 | CARMEN Y. PULLEY,                              | CASE NO. C08-03628 PJH |
12 |                    Plaintiff,                  | STIPULATION EXTENDING TIME OF DEFENDANTS TO RESPOND TO COMPLAINT |
13 | vs.                                            |                        |
14 | AETNA LIFE INSURANCE COMPANY;                  | [USDC, Northern District |
   | CONSUMERS POWER COMPANY LTD PLAN               |  Local Rule 6-1]        |
15 |                                                |                        |
   |                    Defendants.                 |                        |
16

17

18  TO THE COURT:

19      Pursuant to United States District Court, Northern District Local Rule 6-1, Plaintiff

20  Carmen Y. Pulley, and Defendants Aetna Life Insurance Company and Consumers Power

21  Company Ltd Plan, by and through their respective attorneys of record, hereby stipulate as

22  follows:

23      WHEREAS, Defendants' response to Plaintiff's Complaint is due to be filed on or before

24  August 26, 2008;

25      WHEREAS, Plaintiff's counsel has agreed to allow Defendants additional time to

26  respond to the Complaint, the parties agree and hereby stipulate that Defendants shall file and

27  serve their response to Plaintiff's Complaint on or before September 16, 2008.

28

-1-

IT IS SO STIPULATED:

DATED: August 21, 2008

SHERNOFF BIDART DARRAS ECHEVERRIA, LLP

By _____
Frank N. Darras
Attorneys for Plaintiff
CARMEN Y. PULLEY

DATED: August 22nd, 2008

GORDON & REES LLP

By _____
Tad A. Devlin
Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY and
CONSUMERS POWER COMPANY LTD PLAN

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

-2-

STIPULATION EXTENDING TIME OF DEFENDANTS
TO RESPOND TO COMPLAINT

CASE NO. C08-03628 PJH